ELIZABETH RYAN, ADMINISTRATRIX, ETC., APPELLANT,
v. PUBLIC SERVICE RAILWAY COMPANY, RESPOND-
ENT.

Argued January 20, 1925—Decided March 16, 1925.

1. The fact that the deceased was struck by an electric car, in the
absence of any proof from which the negligence of the motorman
may be inferred, is not sufficient to send the case to the jury,
in an action to recover damages under the Death act.
2. Negligence is a fact which must be shown. It will not be pre-
sumed. There is always a presumption against negligence.

On appeal from the Bergen County Circuit Court.

For the appellant, *Alexander Simpson.*

For the respondent, *Joseph Coult* and *Leonard J. Tyman.*

The opinion of the court was delivered by

BLACK, J. The suit in this case was brought to recover
damages under the Death act. The plaintiff's intestate was
killed on the 2d day of November, 1923, at a public high-
way crossing known as Division street or lane, in the town of
Grantwood, Bergen county, New Jersey. The deceased was
struck by an electric car of the defendant company, after
which he died from the injuries. No one saw the occurrence.

There was no testimony offered from which the surrounding
facts can be ascertained. There is proof only of one import-
ant fact, viz., the car hit the deceased. There is no proof
of any facts from which negligence of the motorman of the
trolley car may be inferred. It is elementary that negligence
is a fact which must be shown. It will not be presumed.
There is always a presumption against negligence. *McCombe*
v. *Public Service Railway Co.,* 95 *N. J. L.* 187. The trial
resulted in a nonsuit of the plaintiff. The judgment of non-
suit should be affirmed. The ruling of the trial court is in
harmony with our rulings in the cases of *Alvino* v. *Public*

*Service Railway Co.*, 97 *Id.* 526, and *Olsen* v. *Erie Railroad Co.*, 99 *Id.* 485.

The judgment of the Bergen Circuit Court is affirmed.

*For affirmance* — THE CHANCELLOR, CHIEF JUSTICE, TRENCHARD, PARKER, MINTURN, BLACK, KATZENBACH, LLOYD, WHITE, GARDNER, VAN BUSKIRK, CLARK, McGLENNON, KAYS, JJ. 14.

*For reversal*—None.